IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ARK-LA-TEX WELL SERVICE, LLC                                                        PLAINTIFF

VS.                                       CASE NO. 09-CV-4135

BITUMINOUS CASUALTY CORPORATION                                         DEFENDANT

## JUDGMENT

Before the Court is a Motion for Partial Summary Judgment filed by Defendant, Bituminous Casualty Corporation ("Bituminous"). (Doc. 18). Plaintiff, Ark-La-Tex Well Service, LLC, ("the Well Service") has responded. (Doc. 21). Bituminous has filed a reply. (Doc. 24). The Court finds the matter ripe for consideration.

For reasons discussed in the Memorandum Opinion of even date, the Court finds that the Motion for Partial Summary Judgment filed by Bituminous Casualty Company should be and hereby is **GRANTED**. Ark-La-Tex Well Service, LLC's bad faith claim against Bituminous Casualty Company is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of December, 2010.

                                                           /s/ Harry F. Barnes
                                                           Hon. Harry F. Barnes
                                                           United States District Judge